**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

    Lemarcus Deangelo Gaskins

    Debtor(s)

Bankruptcy Proceeding No. 09–42656–TLS
Chapter 7

Judge: Thomas L. Saladino

# NOTICE OF CASE CLOSING WITH NO DISCHARGE

All creditors and parties in interest are notified that the above−case has been closed. The above−named debtor(s) has/have been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a Certification of Completion of Instructional Course Concerning Financial Management proving compliance, a requirement for a discharge.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee and provide notice to all parties in interest.

The Trustee having filed a report that the estate has been fully administered, is discharged.

Dated: 1/11/10

                                              Diane Zech
                                            Clerk, U.S. Bankruptcy Court

Copies served on all creditors and parties in interest.